**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 98-7564

─────────────

RON WOODING,

Petitioner - Appellant,

versus

MARK HENRY, Warden,

Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-98-1643-JFM)

─────────────

Submitted:  March 31, 1999          Decided:  April 27, 1999

─────────────

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ron Wooding, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, George Levi Russell, III, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ron Wooding appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wooding v. Henry</u>, No. CA-98-1643-JFM (D. Md. Sept. 21, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court relied on this court's decision in <u>Pelissero v. Thompson</u>, 155 F.3d 470 (4th Cir. 1998). That opinion has been withdrawn and a new opinion has been issued. <u>Pelissero v. Thompson</u>, ___ F.3d ___, No. 97-6156 (4th Cir. Mar. 12, 1999). <u>Pelissero</u> still controls the result in this case, however, and dictates the same outcome.

2